IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF JSM CONCRETE, LLC; | § | |
| vs. | § | CIVIL ACTION NO. 6:17-CV-00097 |
| CONTINENTAL CASUALTY COMPANY; LIBERTY MUTAL INSURANCE COMPANY; AMG – S&P, A JOINT VENTURE, LLC; AMG CONTRACTORS, LLC; SATTERFIELD AND PONTIKES CONSTRUCTION, INC. | § | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, United States of America for the Use and Benefit of JSM Concrete, LLC ("JSM") hereby voluntarily dismisses all claims asserted against Continental Casualty Company ("Continental"), Liberty Mutual Insurance Company ("Liberty), AMG – S&P, a Joint Venture, LLC ("AMG-SP"), AMG Contractors, LLC ("AMG"), and Satterfield and Pontikes Construction, Inc. ("SatPon"). As of the date of this filing, defendants have not filed an answer or motion for summary judgment.

On April 13, 2017, JSM filed suit against defendants seeking damages from all defendants with regard to the claim for unpaid labor and materials supplied to the bonded ORTC project.

United States of America for the Use and Benefit of JSM Concrete, LLC moves to voluntarily dismiss all claims asserted against defendants in this suit without prejudice.

Submitted: May 4, 2017



3969667.1

*Respectfully submitted,*

GRAY REED & McGRAW LLP

By: */s/ Charles W. Sartain*

CHARLES W. SARTAIN
State Bar No. 17653600
csartain@grayreed.com
SKYLER Y. STUCKEY
State Bar No. 24079411
sstuckey@grayreed.com
SCOTT B. ASTON
State Bar No. 01396350
saston@grayreed.com

4600 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Telephone No.: 214.954.4135
Facsimile No.: 214.953.1332

ATTORNEYS FOR UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF JSM CONCRETE, LLC